FILED
CLERK, U.S. DISTRICT COURT

SEP – 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Douglas Martin Korn<br><br>DEFENDANT(S). | **CASE NUMBER**<br><br>CR 08 - 385 - 2<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of ___Defendant___, IT IS ORDERED that a detention hearing
is set for ___9-8-08___, ___, at ___2p___ ☐a.m. / ☑p.m. before the
Honorable ___Alicia G. Rosenberg___, in Courtroom ___#D___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___9/4/08___                    _Alicia G. Rosenberg_
                                        U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                           Page 1 of 1